**EAST RIVER CONSTRUCTION CORPO-RATION, a body corporate, Appellant,**

v.

**DISTRICT OF COLUMBIA, Appellee.**

No. 2525.

Municipal Court of Appeals for the District of Columbia.

Argued Feb. 29, 1960.

Decided May 5, 1960.

2. See generally, Mitchell v. Allied Cab Co., 1957, D.C.Mun.App., 133 A.2d 477.

1. Rule 11–21122 A & B, "Safety Standards, Rules and Regulations," promul-

Mark P. Friedlander, Washington, D. C., with whom Mark P. Friedlander, Jr., and Blaine P. Friedlander, Washington, D. C., were on the brief, for appellant.

Hubert B. Pair, Asst. Corp. Counsel, Washington, D. C., with whom Chester H. Gray, Corp. Counsel, and Milton D. Korman, Principal Asst. Corp. Counsel, Washington, D. C., were on the brief, for appellee. Richard W. Barton, Asst. Corp. Counsel, Washington, D. C., also entered an appearance for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

Appellant was found guilty by the court on an information charging, in two counts, violations of certain safety regulations[1] in connection with the construction of a storm water sewer.

While several errors are alleged, appellant's principal contention is that the District failed to prove the various allegations charged beyond a reasonable doubt. We have carefully examined the record. It contains substantial evidence to show that appellant had failed to adequately shore a trench more than fifteen feet in depth and ten feet in length in violation of the safety standards.

Affirmed.

gated by the Minimum Wage and Industrial Safety Board of the District of Columbia, Code 1951, § 36–402 et seq.